**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Nasim S. Tourkaman, SBN 300933
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (*erroneously sued* as *UNIVERSITY OF CALIFORNIA, DAVIS; UNIVERSITY OF CALIFORNIA DAVIS PLASTIC AND RECONSTRUCTIVE SURGERY CENTER; and U.C. DAVIS HEALTH SYSTEM DEPARTMENT OF OTOLARYNGOLOGY*)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MIHAN, | CASE NO. 2:16-cv-01390-KJM-CMK |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA TO RESPOND TO COMPLAINT** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA, DAVIS; UNIVERSITY OF CALIFORNIA DAVIS PLASTIC AND RECONSTRUCTIVE SURGERY CENTER; U.C. DAVIS HEALTH SYSTEM DEPARTMENT OF OTOLARYNGOLOGY; GREATER SACRAMENTO OTOLARYNGOLOGY SOCIETY, | Complaint Filed:   06/21/2016 |
| Defendants, | |

Plaintiff KIM MIHAN and Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (erroneously sued as UNIVERSITY OF CALIFORNIA, DAVIS; UNIVERSITY OF CALIFORNIA DAVIS PLASTIC AND RECONSTRUCTIVE SURGERY CENTER; U.C. DAVIS HEALTH SYSTEM DEPARTMENT OF OTOLARYNGOLOGY) by and through their respective counsel of record, hereby agree to extend the time for Defendant to respond to the Complaint of Plaintiff to August 15, 2016.

{01584288.DOCX}    1
STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Good cause exists for this extension. The parties have commenced the meet and confer process in an attempt to avoid a Motion to Dismiss of the Complaint. Due to availability of counsel and the contemplation of an amended Complaint, additional time is needed to explore the issues. Thus, an extension of time for Defendant to respond to August 15, 2016 is necessary.

Respectfully Submitted,

Dated: July 28, 2016   PORTER SCOTT
A PROFESSIONAL CORPORATION

By:   /s/Carl L. Fessenden
   Carl L. Fessenden (161494)
   Attorneys for Defendant
   REGENTS OF THE UNIVERSITY OF CA

Dated: July 28, 2016   DISABLED ADVOCACY GROUP, APLC

By:   Scottlynn J Hubbard, IV (*authorized 07/28/16*)
   Scottlynn J Hubbard, IV (212970)
   Attorney for Plaintiff KIM MIHAN

IT IS SO ORDERED.

Dated: August 1, 2016

_____
UNITED STATES DISTRICT JUDGE

{01584288.DOCX}   2
STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT