1

**P O R T E R | S C O T T**

2
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494

3
350 University Ave., Suite 200
Sacramento, California 95825

4
TEL: 916.929.1481
FAX: 916.927.3706

5

Attorneys for Defendant

6
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (*erroneously sued* as *UNIVERSITY OF CALIFORNIA, DAVIS; UNIVERSITY OF CALIFORNIA DAVIS PLASTIC AND RECONSTRUCTIVE SURGERY CENTER; and U.C. DAVIS HEALTH SYSTEM DEPARTMENT OF OTOLARYNGOLOGY*)

7

8

9
UNITED STATES DISTRICT COURT

10
EASTERN DISTRICT OF CALIFORNIA

11
KIM MIHAN,                                          CASE NO.  2:16-cv-01390-KJM-CMK

12
          Plaintiff,                                **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE**

13
v.

14

15
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF                    Complaint Filed:       06/21/2016
CALIFORNIA, DAVIS; UNIVERSITY OF

16
CALIFORNIA DAVIS PLASTIC AND RECONSTRUCTIVE SURGERY CENTER;

17
U.C. DAVIS HEALTH SYSTEM DEPARTMENT OF OTOLARYNGOLOGY;

18
GREATER SACRAMENTO OTOLARYNGOLOGY SOCIETY,

19

20
          Defendants,

21
_____/

22

23
          IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-

24
referenced action, through their respective counsel, that the presently scheduled Settlement

25
Conference date of January 11, 2017, be continued. The continuance is appropriate and necessary

26
because the parties agree that some further limited discovery is needed before the Settlement

27
Conference.  It is requested the Settlement Conference be moved to February 24, 2017, or to a date

28

PORTER │SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01627292.DOCX}                                1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE**

convenient to the Court after that date.

      **IT IS SO STIPULATED.**

Dated:  December 14, 2016        PORTER SCOTT
                                A PROFESSIONAL CORPORATION


                                By: /s/Carl L. Fessenden
                                   Carl L. Fessenden
                                   Attorneys for Defendant
                                   THE REGENTS OF THE UNIVERSITY OF CA


Dated:  December 14, 2016        DISABLED ADVOCACY GROUP, APLC


                                By: /s/Scottlynn J. Hubbard (authorized 12/08/2016)
                                   Scottlynn J. Hubbard, IV
                                   Attorney for Plaintiff KIM MIHAN


                                  **ORDER**

      The Court, having considered the request and stipulation of the parties, by and between their attorneys of record, hereby vacates the presently scheduled Settlement Conference date of January 11, 2017, and hereby assigns a new Settlement Conference date of March 1, 2017 at 10:00 a.m., in Magistrate Judge Kellison's chambers, in the Redding Federal Courthouse, located at 2986 Bechelli Lane, Redding, California.

      **IT IS SO ORDERED.**


Dated:  December 14, 2016

                                  CRAIG M. KELLISON
                                  UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706