UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MIHAN, | No. 2:16-cv-01390-KJM-CMK |
| Plaintiff, | |
| v. | AMENDMENT TO SCHEDULING ORDER |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

The parties jointly request (ECF No. 40) to amend dates in the pretrial scheduling order (ECF No. 20). Good cause appearing, the court GRANTS. The court modifies the scheduling conference as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 7/11/2017 | 11/15/17 |
| Expert Disclosures | 9/5/17 | 1/15/18 |
| Supplemental Expert Disclosures | 10/6/17 | 2/5/18 |
| Completion of Expert Discovery | 11/7/2017 | 3/5/18 |
| All Dispositive Motions | 12/8/17 | 2/28/18 |
| File Joint Pretrial Conference Statement | 3/30/18 | 6/8/18 |
| Final Pretrial Conference | 4/20/2018 | 6/29/18 |

1

1 | The due dates for trial and trial briefs are now VACATED, and will be determined
2 | at the final pre-trial conference.
3 | IT IS SO ORDERED.
4 | DATED: July 17, 2017.

_____
UNITED STATES DISTRICT JUDGE