**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Ashley M. Wisniewski, SBN 264601
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant,
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (*erroneously sued* as *UNIVERSITY OF CALIFORNIA, DAVIS; UNIVERSITY OF CALIFORNIA DAVIS PLASTIC AND RECONSTRUCTIVE SURGERY CENTER; and U.C. DAVIS HEALTH SYSTEM DEPARTMENT OF OTOLARYNGOLOGY*)

**DISABLED ADVOCACY GROUP, APLC**
Stephanie Ross, SBN 297840
12 Williamsburg Lane
Chico, CA 95926
TEL:   530.895.3252
FAX:  530.894.8244
Attorneys for Plaintiff KIM MIHAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MIHAN,<br><br>            Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA, DAVIS; UNIVERSITY OF CALIFORNIA DAVIS PLASTIC AND RECONSTRUCTIVE SURGERY CENTER; U.C. DAVIS HEALTH SYSTEM DEPARTMENT OF OTOLARYNGOLOGY; GREATER SACRAMENTO OTOLARYNGOLOGY SOCIETY,<br><br>            Defendants.<br>_____ | CASE NO.  2:16-cv-01390-KJM-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, WITH PREJUDICE**<br><br>Complaint Filed: 06/21/2016 |

///

///

///

{01716046.DOCX}                                         1

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE REGENTS
OF THE UNIVERSITY OF CALIFORNIA, WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff KIM MIHAN, and Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA, by and through their undersigned Counsel, that all of the claims by Plaintiff KIM MIHAN alleged against Defendant be dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs. It is further requested that the Court retain jurisdiction of this action for the limited purpose of enforcing the terms of the parties' Settlement Agreement, as performance is not yet complete.

**IT IS SO STIPULATED.**

Dated: November 20, 2017        PORTER SCOTT
                                A PROFESSIONAL CORPORATION


                                By:  */s/ Carl L. Fessenden*
                                     Carl L. Fessenden
                                     Ashley M. Wisniewski
                                     Attorneys for Defendant,
                                     THE REGENTS OF THE UNIVERSITY OF
                                     CALIFORNIA

Dated: November 20, 2017


                                By:  */s/ Stephanie Ross*
                                     Stephanie Ross
                                     DISABLED ADVOCACY GROUP, APLC
                                     Attorneys for Plaintiff KIM MIHAN


**[PROPOSED] ORDER**


**IT IS SO ORDERED.**

Date: _____                          _____
                                             United States District Judge

{01716046.DOCX}                          2
**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE REGENTS
OF THE UNIVERSITY OF CALIFORNIA, WITH PREJUDICE**