Scottlynn J Hubbard, SBN 212970
Stephanie L. Ross, SBN 297840
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Kim Mihan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Kim Mihan, | Case No. 2:16-cv-01390-KJM-CMK |
|---|---|
| Plaintiff, | |
| v. | |
| | **Joint Stipulation for Dismissal and [Proposed] Order Thereon** |
| Regents of the University of California, | |
| Defendant. | |

*Mihan v. Regents of the University of California*   *Case No. 2:16-cv-01390-KJM-CMK*
Joint Stipulation for Dismissal and [Proposed] Order Thereon
Page 1

TO THE COURT AND ALL PARTIES:

Plaintiff Kim Mihan and Defendant Regents of the University of California, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 27, 2017     DISABLED ADVOCACY GROUP, APLC

                                             */s/ Scottlynn J Hubbard*
                                             Scottlynn J Hubbard
                                             Attorneys for Plaintiff Kim Mihan

Dated: December 27, 2017     PORTER SCOTT, A PROFESSION AL CORPORATION

                                             */s/ Carl Fessenden*
                                             Carl Fessenden
                                             Attorneys for Defendant Regents of the University of California

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:16-cv-01390-KJM-CMK is hereby dismissed with prejudice in its entirety.

Dated: _____

                                             _____
                                             United States District Judge

*Mihan v. Regents of the University of California*     *Case No. 2:16-cv-01390-KJM-CMK*
Joint Stipulation for Dismissal and [Proposed] Order Thereon
Page 2